**Affirmed and Memorandum Opinion filed November 2, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00686-CV

---

## ARNULFO Y. GARZA, Appellant

### V.

## VINCENT  CHAVEZ, Appellee

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1189510**

---

## MEMORANDUM  OPINION

Appellant petitioned to evict appellee from appellant's property because of appellee's failure to pay rent, among other reasons.  The trial court signed a judgment awarding possession to appellant but did not award any damages. Appellant contends that the trial court erred by not awarding damages for unpaid rent; appellant also asks this court to award a "penalty fee" because appellee did not timely relinquish the property.

The trial court's judgment indicates that the court held a bench trial and

considered evidence.  But, no reporter's record has been filed, and the court reporter has informed this court that there is no reporter's record.

Appellant's issue requires review of the evidence considered by the trial court, but in the absence of a reporter's record, we must presume that the trial court's judgment is supported by sufficient evidence.  *See, e.g., Vernco Constr., Inc. v. Nelson*, 460 S.W.3d 145, 151 (Tex. 2015) (citing *Guthrie v. Nat'l Homes Corp.*, 394 S.W.2d 494, 495 (Tex. 1965)); *Northside Pharmacy, LLC v. AMJ Inv., LLC*, No. 14-19-0094-CV, 2021 WL 330067, at *1 (Tex. App.—Houston [14th Dist.] Feb. 2, 2021, no pet.) (mem. op.) (citing *Schafer v. Conner*, 813 S.W.2d 154, 155 (Tex. 1991)).

Appellant's issue is overruled.  The trial court's judgment is affirmed.


/s/     Ken Wise
Justice


Panel consists of Justices Wise, Zimmerer, and Wilson.